1  KASSRA P. NASSIRI (SBN 215405)
   (kass@njfirm.com)
2  ANDREW R. KISLIK (SBN 118772)
   (andy@njfirm.com)
3  NASSIRI & JUNG LLP
   1700 Montgomery Street, Suite 207
4  San Francisco, CA 94111
   Tel: 415-762-3100
5  Fax: 415-534-3200

6

7  Attorneys for Plaintiff
   SOMERSAULT SNACK CO, LLC

8

9

10

11              UNITED STATES DISTRICT COURT

12           FOR THE NORTHERN DISTRICT OF CALIFORNIA

13

14 | SOMERSAULT SNACK CO, LLC,       | Case No.
15 |  a Delaware limited liability corporation, |
   |                                  | **COMPLAINT FOR DAMAGES**
16 |            Plaintiff,            |
   |                                  | **JURY TRIAL DEMANDED**
17 | v.                               |
18 | BAPTISTA BAKERY, INC., a Wisconsin corporation, |
19 |            Defendant.            |

**COMPLAINT**

**PRELIMINARY STATEMENT**

1. SOMERSAULT SNACK CO, LLC ("Somersault") brings this action to obtain recompense for the numerous violations by Defendant BAPTISTA BAKERY, INC. ("Defendant" or "Baptista") ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

**INTRODUCTION**

2. Plaintiff Somersault is a Delaware limited liability company with its principal place of business in Redwood City, California. Plaintiff Somersault is a California citizen and a Delaware citizen for diversity of citizenship purposes.

3. Defendant Baptista is a Wisconsin corporation with its principal place of business in Wisconsin. Defendant Baptista is a Wisconsin citizen for diversity of citizenship purposes. Baptista is now owned by Campbell Soup Company.

**JURISDICTION AND VENUE**

4. This Court has jurisdiction over this action under 28 U.S.C. § 1332, as there is more than $75,000 in controversy, exclusive of costs and attorneys' fees, and this action is between

citizens of different States, as Somersault is a citizen of Delaware and California and Baptista is a citizen of Wisconsin.

5.     Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391 because this is a judicial district in which a substantial part of the events giving rise to the claims occurred.

## FACTUAL ALLEGATIONS

8.     Plaintiff Somersault sells all-natural snacks in many states including California.

9.     ███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████

10.    ███████████████████████████████████████████████████████████
██████████████████████████

11.    ███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████

12.    ███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████
█████████████████

13.    ███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████

14.    ███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████
██████████████



21. [REDACTED]

22. [REDACTED]

23. [REDACTED]

24. [REDACTED]

25. [REDACTED]

26. [REDACTED]

27. [REDACTED]

28. [REDACTED]

## COUNT I

[REDACTED]

29.  Somersault incorporates in this cause of action each and every allegation of the preceding paragraphs, with the same force and effect as though fully set forth herein.

30. [REDACTED]

31. ████████

32. ████████

33. ████████

34. ████████

**RELIEF SOUGHT**

WHEREFORE, Somersault prays for judgment and the following specific relief against Baptista as follows:

1. For damages, plus prejudgment interest;

2. For reimbursement of expenses it incurred as a result of ████████

3. For reasonable attorneys' fees incurred herein;

4.   For costs of the suit as permitted by law; and

5.   For such other relief as the Court deems just and proper.

Dated:  June 5, 2019                                  Respectfully submitted,
                                                      NASSIRI & JUNG LLP


                                                       /s/ Kassra P. Nassiri
                                                      _____

                                                      Kassra P. Nassiri
                                                      Attorneys for Plaintiff
                                                      SOMERSAULT SNACK CO, LLC


## JURY TRIAL DEMANDED

Plaintiff SOMERSAULT SNACK CO, LLC hereby demands a trial by jury.

Dated:  June 5, 2019                                  Respectfully submitted,
                                                      NASSIRI & JUNG LLP


                                                       /s/ Kassra P. Nassiri
                                                      _____

                                                      Kassra P. Nassiri
                                                      Attorneys for Plaintiff
                                                      SOMERSAULT SNACK CO, LLC

# EXHIBIT A

[redacted in its entirety]